# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 23-1134 | September Term, 2024 |
| | FERC-ER23-523-000 |
| | FERC-ER23-523-001 |
| | Filed On: September 17, 2024 [2075181] |

Capital Power Corporation, et al.,

    Petitioners

  v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

American Clean Power Association, et al.,
    Intervenors

------------------------------

Consolidated with 23-1135, 23-1136, 23-1231, 23-1233, 23-1234

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for October 1, 2024, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners | - | 10 Minutes |
| Intervenors for Petitioners | - | 5 Minutes |
| Respondent | - | 10 Minutes |
| Intervenors for Respondent | - | 5 Minutes |

The panel considering these cases will consist of Circuit Judges Millett, Katsas, and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 19, 2024.

**Per Curiam**

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:    /s/
          Michael C. McGrail
          Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)