IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| CAPITAL POWER CORPORATION, ET AL., | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. 23-1134 |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) ) ) | (consolidated with Nos. 23-1135, 23-1136, 23-1231, 23-1233, and 23-1234) |
| Respondent. | ) ) ) | |

**MOTION TO CEDE INTERVENOR FOR
PETITIONERS' ARGUMENT TIME TO PETITIONERS**

Intervenors for Petitioners in these consolidated cases – American Clean Power Association, Solar Energy Industries, Association, Wolverine Power Supply Cooperative, Inc., Sugar Creek Wind One LLC, Deerfield Wind Energy, LLC, Deerfield Wind Energy 2, LLC, and Odell Wind Farm, LLC – move pursuant to Fed. R. App. P. 27(b) and D.C. Circuit Rules 27 and 34 to cede to Petitioners the five minutes of oral argument time allotted to them. Petitioners have been informed of this motion and agree with it.

The Court's Order of September 17, 2024, allocated argument time in these consolidated cases as follows: Petitioners – 10 minutes; Petitioner-Intervenors – 5 minutes; Respondent – 10 minutes; Respondent-Intervenors – 5 minutes. Intervenor-Petitioners believe their position can be adequately presented at oral

1

argument by allocating their five minutes of time to Petitioners, and Petitioners are prepared to address all issues raised in the brief of the Intervenor Petitioners.

Accordingly, Intervenors for Petitioners respectfully request that the Court allocate their five minutes of oral argument time to Petitioners.

Respectfully submitted,

/s/ Ben Norris
Ben Norris
 Senior Director of Regulatory Affairs
Melissa Alfano
Director of Energy Markets and Counsel
Solar Energy Industries Association
1425 K Street, N.W., Suite 1000
Washington, DC 20005
(202) 566-2873
bnorris@seia.org
malfano@seia.org

*Counsel for Intervenor-Petitioner Solar Energy Industries Association*

/s/ Elizabeth W. Whittle
Elizbeth W. Whittle
Nixon Peabody LLP
799 Ninth Street, N.W., Suite 500
Washington, DC 20001
(202) 585-8338
ewhittle@nixonpeabody.com

*Counsel for Intervenor-Petitioners Sugar Creek Wind One LLC, Deerfield Wind Energy, LLC, Deerfield Wind Energy 2, LLC, and Odell Wind Farm, LLC ("The AQN Wind Projects")*

/s/ Gabriel Tabak
Gabriel Tabak, Senior Counsel
American Clean Power Association
1299 Pennsylvania Avenue, N.W.
13th Floor
Washington, DC 20004
(202) 383-2500
gtabak@cleanpower.org

*Counsel for Intervenor-Petitioner American Clean Power Association*

/s/ Neil H. Koslowe
Neil H. Koslowe
Michael J. Rustum
David M. DeSalle
Potomac Law Group, PLLC
1717 Pennsylvania Avenue, N.W.
Suite 1025
Washington, DC 20006
(202) 320-8907
nkoslowe@potomaclaw.com
mrustum@potomaclaw.com
ddesalle@potomaclaw.com
nkoslowe@potomaclaw.com

*Counsel for Intervenor-Petitioner Wolverine Power Supply Cooperative, Inc.*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains 386 words, excluding the parts exempted by Rule 37. I further certify that the motion complies with the typeface and type-style requirements of Fed. R. App. 32(a)(5)-(6) because it has been prepared in a proportionally spaced typeface using Times New Roman 14-point type.

*/s/ Neil H. Koslowe*
Neil H. Koslowe

*Counsel for Intervenor-Petitioner
Wolverine Power Supply Cooperative, Inc.*

Dated: September 19, 2024

# CERTIFICATE OF SERVICE

I certify that, pursuant to Fed. R. App. P. 25(d) and Circuit Rule 25(a), that, on September 19, 2024, I caused to be served a copy of the foregoing document upon the counsel listed in the service list for these consolidated cases using the Court's CM/ECF system.

<i>/s/ Neil H. Koslowe</i><br>
Neil H. Koslowe

<i>Counsel for Intervenor-Petitioner<br>
Wolverine Power Supply Cooperative, Inc.</i>

Dated: September 19, 2024